UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID CALVO,

    Plaintiff,

v.                                Case No: 2:16-cv-746-FtM-38MRM

SUMMIT BROADBAND INC.;
QUALIFIED CABLE CONTRACTOR,
LLC; WAYNE FOGELSON and
SHAWN WALLACE,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of Plaintiff David Calvo's request to join Jose Barron and James Quiles as party plaintiffs under Federal Rule of Civil Procedure 20(a)(1). (*See* Doc. 96). In a previous Order, the Court granted Calvo the opportunity to join Barron and Quiles as party plaintiffs. (*See* Doc. 94).

Accordingly, it is hereby

**ORDERED:**

Plaintiff Calvo's Motion to Join Barron and Quiles as party plaintiffs (Doc. 96) is **GRANTED** and an Amended Complaint must be filed by **May 31, 2018**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of May 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.